1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRIS CHANG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. 2:12-CR-00274-EFB
                                  )
12            Plaintiff,          ) ORDER VACATING TRIAL CONFIRMATION
                                  ) HEARING AND JURY TRIAL AND
13       v.                       ) SETTING CHANGE OF PLEA AND
                                  ) SENTENCING
14 HESTON M. FONG,                )
                                  ) Date:    October 1, 2012
15            Defendant.          ) Time:    10:00 a.m.
   _____) Judge:   Hon. Edmund F. Brennan

16

17     It is hereby ordered that the trial confirmation hearing set for

18 October 1, 2012 at 10:00 a.m. and the jury trial set for October 23,

19 2012 at 9:30 a.m. is VACATED.  It is further ordered that a change of

20 plea and sentencing is set for October 29, 2012, at 10:00 a.m.

21     IT IS SO ORDERED.

22 Dated: September 28, 2012

23                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28